THOMAS J. JEFFREYS *v.* BOARD OF ASSESSMENTS
OF THE CITY OF WATERBURY
(AC 25043)

Lavery, C. J., and McLachlan and Gruendel, Js.

Submitted on briefs April 1—officially released May 3, 2005

Per Curiam. The judgment is affirmed.

LAIKHRAM DINGOOR *v.* RICHARD STROFFOLINO,
JR.
(AC 25386)

Schaller, Flynn and Gruendel, Js.

Submitted on briefs April 1—officially released May 3, 2005

Per Curiam. The judgment is affirmed.